**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER KESSLER,

    Plaintiff,

vs.                                           CASE NO. 6:06-CV-1442-ORL-19JGG

LIFESAFER SERVICE PROVIDERS, LLC,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 46, filed April 6, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 46) is **ADOPTED and AFFIRMED.** The Motion for Order Permitting Court Supervised Notice to Employees of Opt-In Rights (Doc. No. 42, filed April 6, 2007) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida, this __25th__ day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record