**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER KESSLER, ON BEHALF
OF HIMSELF AND THOSE SIMILARLY
SITUATED,

   Plaintiffs,

vs.              CASE NO. 6:06-CV-1442-ORL-19GJK

LIFESAFER SERVICE PROVIDERS, LLC,,

   Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 63, filed March 27, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 63) is **ADOPTED and AFFIRMED.** The Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment and Incorporated Memorandum of Law (Doc. No. 62, filed March 17, 2008) is **GRANTED,** and the settlement is **APPROVED** only to the extent that it is a fair and reasonable resolution of a bona fide dispute**.** This case is **DISMISSED,** and the Clerk of Court is directed to **CLOSE THIS CASE.**

**DONE AND ORDERED** at Orlando, Florida, this   9th   day of April, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record